**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| BETTY LACY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>Defendant. | Civil Action No. 4:14-cv-51-JHM |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as counsel of record for Plaintiff Betty Lacy and Defendant General Information Services, Inc., that Plaintiff's claims against Defendant in the above-captioned action, be and are hereby **DISMISSED WITH PREJUDICE**, and without costs against any party.

Dated: August 10, 2015

**FRANCIS & MAILMAN, P.C.**

BY: *_/s/ Lauren KW Brennan_*
LAUREN KW BRENNAN (*pro hac vice*)
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

*Attorney for Plaintiff*

**KILPATRICK TOWNSEND & STOCKTON LLP**

BY: *_/s/ Ross D. Andre_*
ROSS D. ANDRE (*pro hac vice*)
1100 Peachtree St. NE, Suite 2800
Atlanta, GA 30309
(404) 815-6500

*Attorney for Defendant*

**SO ORDERED.**

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

August 19, 2015